## MEMORANDUM

DATE:  November 8, 2004

TO:  Deputy Clerk
Miscellaneous Business Docket

FROM:  Nancy M. Rojas  *NMR*
Financial Litigation Unit
U.S. Attorney's Office

RE:  **U.S. v. ANANTA K. SINHA**

Attached is a certified copy of the above Judgment that was entered in Boston Municipal Court.

Please register the Judgment in this district; issue an MBD Number; annotate the MBD number on the bottom of this form; and return this form to my attention. The judgment debtor presently resides at 37 Bowdoin Street, Apt. 24, Boston, MA 02114.

Please note that pursuant to 28 U.S.C. § 1963, the United States no longer has to file a CIV 101 with its request to register a judgment; we just need to file a certified and attested copy of the judgment.

If you have any questions, please contact me at (617) 748-3288. Thank you for your attention to this matter.

Attachment

MBD No.  **04MBD 10335**

Dated:  11/12/04

[Stamp: FILED IN CLERK'S OFFICE 2004 NOV -9 P 1:37 U.S. DISTRICT COURT DISTRICT OF MASS.]

# Commonwealth of Massachusetts

Trial Court of the Commonwealth

Suffolk, ss.

I, Michael J. Coleman, Clerk / Magistrate of the Boston Municipal Court Department of the Trial Court, Civil Business Division, holden at said Boston, within our County of Suffolk, do certify, that

**WILLIAM J. TIERNEY, Esquire,**

whose signature is affixed to the Certificate hereto annexed, is, and was at the time of affixing said signature, Chief Justice of the said Boston Municipal Court Department of the Trial Court, Duly Appointed and qualified as such, and acting at the time in his official capacity and that full faith and credence are, and ought to be given to his Acts and Attestations done as aforesaid, and that his signature to the Certificate annexed, is genuine.

In Testimony Whereof, I have hereunto set my hand and affixed the Seal of said Boston Municipal Court Department, at Boston, aforesaid, this ...... Ninth .................... day of ....... September ...... in the year of our Lord, one thousand nine hundred and ... ninety-nine ..................................

*Clerk / Magistrate*

Form 7103-94/500

## Commonwealth of Massachusetts
TRIAL COURT OF THE COMMONWEALTH



**I,** WILLIAM J. TIERNEY, *Chief Justice of the Boston Municipal Court Department Civil Business Division in said County and Commonwealth,*

**Do Certify,** *that* MICHAEL J. COLEMAN, *Esquire, whose signature is affixed to the papers hereunto annexed, is Clerk/Magistrate of said Court, within and for the County of Suffolk, for civil business, and hath the keeping of the files, records, and proceedings of said Court, within and for said County, for civil business; Also, of the files, records, and proceedings of the late Justices' Court of the County of Suffolk, and of the late Police Court of the City of Boston, for civil business, in the County and Commonwealth aforesaid; that he is, by Law, the proper person to make out and to certify copies of the files, records, and proceedings of said several Courts; that full faith and credit are and ought to be given to his acts and attestation done as aforesaid; and that his attestation to the paper hereunto annexed* is *in due form.*

**In Testimony Whereof,** *I have hereunto set my hand, and caused the seal of the said Boston Municipal Court Department, City of Boston, to be hereunto affixed, this*......Ninth...................... *day of* .....September..............., *in the year of our Lord one thousand nine hundred and* ...ninety-nine..................

*[signature: William J. Tierney]*

Chief Justice of the
Boston Municipal Court Department

Form 58 03-94 / 500