UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         Plaintiff, )<br>         )<br>   v. )<br>         )<br>ANANTA K. SINHA, )<br>         Defendant. ) | CIVIL NO.  04-MC-10335 |

## RELEASE OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges Release of the Judgment as to the defendant, Ananta K. Sinha, as it has been determined that the debt is uncollectible.

                                          Respectfully submitted,
                                          UNITED STATES OF AMERICA
                                          By its attorneys

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                       By:
                                           /s/ Christopher R. Donato
                                          CHRISTOPHER R. DONATO
                                          Assistant U.S. Attorney
                                          1 Courthouse Way, Suite 9200
                                          Boston, MA 02210
                                          (617) 748-3303

Dated: August 1, 2007

## CERTIFICATE OF SERVICE

Suffolk, s.s.                                                                                         Boston, MA

    I hereby certify that on August 1, 2007, this document was filed through the ECF system and sent to Ananta Sinha located in Boston, MA, electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

                                               /s/ Christopher R. Donato
                                              CHRISTOPHER R. DONATO
                                              Assistant U.S. Attorney